# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WANDA J BILLINGS**                                                                                       **PLAINTIFF**

**v.**                                               **Case No. 4:21-cv-00629-KGB**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for further proceedings.

It is so adjudged this 19th day of September, 2022.

_____
Kristine G. Baker
United States District Judge